

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JUN - 7 2018
2:53 PM
M. Regina Thomas, Clerk
By: _____
Deputy Clerk

Certificate Number: 15725-GAN-CC-031147299

15725-GAN-CC-031147299

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 7, 2018, at 10:32 o'clock AM EDT, Alvin Wash received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 7, 2018              By:    /s/Eris Aparicio

                                 Name:  Eris Aparicio

                                 Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).